UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARVANA ENKIN,

Plaintiff,

v.

ALEXANDER MAXWELL ESTIS, DANIELLE LAUREN ESTIS, *and* KAREN BARBANEL ESTIS,

Defendants.

**ORDER**

24-cv-02720 (ER)

RAMOS, D.J.

On April 10, 2024, Tarvana Enkin filed a complaint against Alexander Maxwell Estis, Danielle Lauren Estis, and Karen Barbanel Estis. Doc. 1. Summonses were issued on April 10, 2024, but Enkin has not filed any affidavits of service and neither Alexander Maxwell Estis, Danielle Lauren Estis, nor Karen Barbanel Estis have appeared.

Accordingly, Enkin is directed to submit a status report by **October 27, 2026**. Failure to comply will result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: October 20, 2026
New York, New York

Edgardo Ramos, U.S.D.J.