UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARVANA ENKIN,

Plaintiff,

v.

ALEXANDER MAXWELL ESTIS, DANIELLE LAUREN ESTIS, *and* KAREN BARBANEL ESTIS,

Defendants.

**ORDER**

24-cv-02720 (ER)

RAMOS, D.J.

On April 10, 2024, Tarvana Enkin filed a complaint against Alexander Maxwell Estis, Danielle Lauren Estis, and Karen Barbanel Estis. Doc. 1. Summonses were issued on April 10, 2024, but Enkin has not filed any affidavits of service and none of the defendants have appeared. On October 20, 2026, the Court directed Enkin to file a status report by October 27, 2026 and warned that "[f]ailure to comply will result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m)." Doc. 4. October 27 has now passed without Enkin's response. For the reasons set forth below, the Court dismisses this case for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Over two and a half years have passed since Enkin filed the complaint. Enkin has also failed to provide the Court with a status report, even when warned that failure to respond could

result in dismissal under Rule 4(m). Doc. 4. Accordingly, the Court dismisses Enkin's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: November 11, 2026
New York, New York

Edgardo Ramos, U.S.D.J.